# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AZURITY PHARMACEUTICALS, INC. ARBOR PHARMACEUTICALS, LLC and TAKEDA PHARMACEUTICAL COMPANY LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>ZYDUS PHARMACEUTICALS (USA) INC. and ZYDUS LIFESCIENCES LIMITED,<br><br>Defendants. | C.A. No. 23-833-MN |

## STIPULATION OF DISMISSAL AND ORDER

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Arbor Pharmaceuticals, LLC, Azurity Pharmaceuticals, Inc., and Takeda Pharmaceutical Company Limited (together, "Plaintiffs"), and Defendants Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited ("Zydus"), hereby stipulate that all claims, counterclaims, and defenses between Plaintiffs and Zydus in the above-captioned action are hereby dismissed in their entirety without prejudice. Plaintiffs and Zydus shall bear their own attorney fees and costs.

Dated: December 27, 2024

| MCCARTER & ENGLISH, LLP | YOUNG CONWAY STARGATT & TAYLOR LLP |
|---|---|
| */s/ Maliheh Zare* | */s/ Alexis N. Stombaugh* |
| Daniel M. Silver (#4758) | Pilar G. Kraman (#5199) |
| Maliheh Zare (#7133) | Alexis N. Stombaugh (#6702) |
| Renaissance Centre | Jennifer P. Siew (#7114) |
| 405 N. King Street, 8th Floor | Rodney Square |
| Wilmington, Delaware 19801 | 1000 North King Street |
| (302) 984-6300 | Wilmington, DE 19801 |
| dsilver@mccarter.com | (302) 571-6600 |
| mzare@mccarter.com | pkraman@ycst.com |
| | astombaugh@ycst.com |
| | jsiew@ycst.com |

*Attorneys for Plaintiffs Azurity Pharmaceuticals, Inc., Arbor Pharmaceuticals, LLC, and Takeda Pharmaceutical Company Limited*

*Attorneys for Defendants*

Bruce M. Wexler
Chad J. Peterman
Christopher P. Hill
Michael F. Werno
Sarah E. Spencer
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000
brucewexler@paulhastings.com
chadpeterman@paulhastings.com
christopherhill@paulhastings.com
michaelwerno@paulhastings.com
sarahspencer@paulhastings.com

Michael J. Gaertner
Emily L. Savas
Jonathan Turpin
Hannah Thomas
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois 60606
(312) 443-0700
mgaertner@lockelord.com
esavas@lockelord.com
jonathan.turpin@lockelord.com
hannah.thomas@lockelord.com

*Attorneys for Plaintiffs Azurity Pharmaceuticals, Inc. and Arbor Pharmaceuticals, LLC*

*Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limits*

William F. Cavanaugh, Jr.
Zhiqiang Liu
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

wfcavanaugh@pbwt.com
zliu@pbwt.com

*Attorneys for Plaintiff Takeda
Pharmaceutical Company Limited*

SO ORDERED this 30th day of December 2024.

_____
The Honorable Maryellen Noreika
United States District Judge

ME1 51571818v.1